STATE OF NEW JERSEY v. MICHAEL D'ALESSANDRO.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD JACKSON.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. IRA BERRY.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CAMPBELL.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RAMON R. ROSADO.

March 21, 1989.

Petition for certification denied.